# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

PAUL D. J.,[1]                          Case Number: 2:24-cv-3993
    Plaintiff,                     Litkovitz, M.J.

vs.

COMMISSIONER OF SOCIAL SECURITY,      **ORDER**
    Defendant.

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58.  (Doc. 15).

Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of  42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate the hearing decision, and the administrative law judge will take any further action necessary to complete the administrative record, offer Plaintiff another hearing, and issue a new decision.

**IT IS THEREFORE ORDERED THAT** the parties' joint motion to remand (Doc. 15) is **GRANTED**; this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court is **DIRECTED** to enter a separate judgment

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

as required by Fed. R. Civ. P. 58.


Date: 2/28/2025

_____
Karen L. Litkovitz
United States Magistrate Judge

2